IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIFFANY L. FLANNERY,

    Plaintiff,

  v.

RIVERSIDE RESEARCH INSTITUTE,

    Defendant.

:
:
:
:

Case No. 3:18-cv-412

JUDGE WALTER H. RICE

DECISION AND ENTRY SUSTAINING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION (DOC. #9); OVERRULING AS MOOT JOINT MOTION TO CONTINUE TRIAL DATE AND SET DISPOSITIVE MOTION DEADLINE (DOC. #8)

This matter was recently referred to Magistrate Judge Sharon L. Ovington for mediation, which is currently scheduled to take place on April 29, 2020. For good cause shown, the Court SUSTAINS the parties' Joint Motion to Stay Deadlines and Proceedings, Doc. #9. All deadlines and proceedings in this matter are STAYED pending that mediation. The parties' Joint Motion to Continue Trial Date and Set Dispositive Motion Deadline, Doc. #8, is OVERRULED AS MOOT.

Date: April 21, 2020

/s/ Walter H. Rice (tp - per Judge Rice authorization
WALTER H. RICE
UNITED STATES DISTRICT JUDGE