UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TIFFANY L. FLANNERY,

    Plaintiff,                                                   Case No. 3:18-cv-412

vs.

RIVERSIDE RESEARCH INSTITUTE,        District Judge Walter H. Rice
                                                                  Magistrate Judge Michael J. Newman

    Defendants.

## ORDER

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**

Date:  August 4, 2020                              s/ Michael J. Newman
                                                                                 Michael J. Newman
                                                                                  United States Magistrate Judge