IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TIFFANY L. FLANNERY, | : |
| Plaintiff, | |
| v. | : Case No. 3:18-cv-412 |
| RIVERSIDE RESEARCH INSTITUTE, | JUDGE WALTER H. RICE |
| Defendant. | : |

DECISION AND ENTRY SUSTAINING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE PORTIONS OF SUMMARY JUDGMENT EXHIBITS UNDER SEAL (DOC. #22)

The Court SUSTAINS Defendant Riverside Research Institute's unopposed Motion for Leave to File Portions of Summary Judgment Exhibits Under Seal, Doc. #22.

Date: September 2, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE